## United States District Court for the Northern District of Illinois

Case Number: __08 C 50125__　　　　Assigned/IssuedBy: __AT__

### FEE INFORMATION

**Amount Due:** ☒ $350.00　　☐ $39.00　　☐ $5.00

☐ IFP　　☐ No Fee　　☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: __350—__　　Receipt #: __0752000000000 / 2897400__

Date Paid: __6-30-08__　　Fiscal Clerk: __AT__

### ISSUANCES

**Type Of Issuance:**

☒ Summons　　☐ Alias Summons

☐ Third Party Summons　　☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____ (Type of Writ)

Original and __0__ copies on __6-30-08__ as to __deft__
　　　　　　　　　　　(Date)

**FILED**
JUN 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

C:\wpwin80\docket\feeinfo.frm  01/01

*Copy to Judge* ✓