**ORIGINAL**

AO 440 (Rev. 05/00) Summons in a Civil Action

**RECEIVED**
**JUL 0 9 2008**
**Tazewell County Sheriff**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

The Construction Industry Welfare Fund of Rockford, Illinois.; The Construction Industry Retirement Fund of Rockford, Illinois

V.

In Line Design Tile Co. also known as In Line Tile, Inc.

CASE NUMBER: **08 C 50 1 25**

ASSIGNED JUDGE: Kapala

DESIGNATED MAGISTRATE JUDGE: Mahoney

TO: (Name and address of Defendant)

In Line Design Tile Co.
a/k/a In Line Tile, Inc.
506 S. 8th Street
Pekin, IL 61554

7-30

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc M. Pekay, P.C.
30 N. LaSalle St., Ste. 2426
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____          6-30-08
(By) DEPUTY CLERK                            DATE

| THE CONSTRUCTION INDUSTRY WELFARE VS | Case Number: NE08C50125 |

| COURT PAPER TYPE : Summons |
| COURT PAPER SUMMARY: -IN LINE DESIGN TILE CO |
| COURT PAPER STATUS: Completed |

**Individual Summary:** IN LINE DESIGN TILE CO 506 S 8TH STR   PEKIN, IL   61554
**Individual Return / Service Status:** Served

Corporation Served this writ this  21   day of July , 2008 ,
by leaving a copy with: **KATE WYMAN  OWNER'S WIFE**.

Served Sex: F     Served Race: W     Served DOB: 11-05-1978

Comment: CORP SERVICE @ 506 S 8TH ST, PEKIN, IL
Service, . . . . . . . . . . . . . . . . . $ 19.50
Miscellaneous Fees:


_____ SHERIFF

1  attempt(s) - 2 miles necessary travel from Tazewell County Sheriff's Office to place of service of within named person and return,

                                                                                    1
$ .50 per mile . . . . . . . . . . . .   $  1.00  By___TCSP PROCESS SERVER RICHARD CLEAVER - ID # 1

Return . . . . . . . . . . . . . . . $   .00
TOTAL . . . . . . . . . . . . . . . $ 20.50
ATTACHMENTS:



Page 1   of 1

42067