# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

The Construction Industry Welfare Fund of Rockford, Illinois, et al.

                Plaintiff,

v.

In Line Design Tile Co. Inc.

                Defendant.

Case No.: 3:08−cv−50125

Honorable Frederick J. Kapala

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

    MINUTE entry before the Honorable P. Michael Mahoney:Status hearing held on 7/30/2008. Parties to hold Rule 26 Meeting. Case management order due by 10/7/2008. Initial Pretrial Conference set for 10/8/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.