**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS; THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS,<br><br>            Plaintiffs,<br>    v.<br><br>IN LINE DESIGN TILE CO. INC. also known as IN LINE TILE, INC.<br><br>            Defendant. | **Magistrate Judge Mahoney**<br><br>**Case No. 08 CV 50125** |

**NOTICE OF FILING**

TO:   In Line Design Tile Co.
       a/k/a In Line Tile, Inc.
       506 S. 8th Street
       Pekin, IL 61554

   **PLEASE TAKE NOTICE** that we have caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Western Division, Rockford, Illinois, on this **21st** day of **August, 2008**, the attached **MOTION TO DISMISS THIS CASE WITHOUT PREJUDICE** and in support thereof, a true and correct copy of which is herewith served upon you.

                                            Respectfully submitted,
                                            THE CONSTRUCTION INDUSTRY WELFARE
                                            FUND OF ROCKFORD, ILLINOIS; *et. al.*


                                            By:   s/Marc M. Pekay
                                                    Marc M. Pekay, Attorney for Plaintiffs

MARC M. PEKAY, P.C.
30 N. LaSalle Street, Ste .2426
Chicago, IL 60602
(312) 606-0980

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **MOTION TO DISMISS THIS CASE WITHOUT PREJUDICE** (Case No. 08 CV 50125) to be served upon:

In Line Design Tile Co., a/k/a In Line Tile, Inc.
506 S. 8th Street
Pekin, IL 61554

by placing same in an envelope properly addresses as set out above, and delivering by first class mail, with postage costs paid, by placing in a U.S. Mail box located at 30 N. LaSalle Street, Chicago, Illinois, before the hour of 5:00 p.m. on this **21st** day of **August, 2008.**

BY: s/MARC M. PEKAY
Attorney for Plaintiffs

MARC M. PEKAY P.C.
30 N. LaSalle St., Ste 2426
Chicago, IL 60602
312-606-0980
Firm #990

2