# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50125 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Construction Industry, et al. Vs. In Line Design Tile Co. | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' motion to dismiss without prejudice is granted. This case is dismissed without prejudice. Any pending motions are now moot.

*[signature: Frederick J. Kapala]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sw |
|---|---|---|